AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___New York___

## APPEARANCE

In re AMERICAN EXPRESS MERCHANTS LITIGATION

Case Number: 03-cv-09592 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/4/2011 | _[signature]_ |
| Date | Signature |
| | Bernard Persky — BP-1072 |
| | Print Name — Bar Number |
| | Labaton Sucharow LLP, 140 Broadway |
| | Address |
| | New York — NY — 10005 |
| | City — State — Zip Code |
| | (212) 907-0700 — (212) 818-0477 |
| | Phone Number — Fax Number |