UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ORDER DESIGNATING CASE AN    :    ORDER
ECF CASE
                             :

------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 03 2012

    IT IS HEREBY ORDERED that (1) the pending civil cases noted in the attachment to this Order are designated as cases to the Electronic Case Filing database (ECF); and (2) The Clerk of Court shall docket a copy of this Order in each case and designate the case as an ECF case.

    IT IS FURTHER ORDERED that,

    Counsel to any party who is not a registered user of this Court's ECF database is directed to register immediately and obtain a log in and password to this Court's ECF database.

    Attorneys appearing as counsel for plaintiff(s) or defendant(s) shall file their pleading(s) and other permitted papers using the ECF system

SO ORDERED:

_____
Hon. George B. Daniels
United States District Judge

Dated: New York, New York
       December 3, 2012

United States District Court
Southern District of New York

Pending NON ECF Cases

| Case Number | Case Title | Date Filed | Date Term | Judge |
|---|---|---|---|---|
| | Judge George B. Daniels | | | |
| 1:1996-cv-06161-GBD-JCF | Handberry, et al v. Thompson, et al | 8/14/1996 | | GBD |
| 1:2000-cv-06049-GBD | The Authors Guild, et al v. The Dialog Corp., et al | 8/15/2000 | | GBD |
| 1:2001-cv-06032-GBD | Authors Guild, Inc., et al v. New York Times Co. | 7/3/2001 | | GBD |
| 1:2002-cv-06978-GBD | Beyer, et al v. Al Qaeda Islamic | 9/4/2002 | | GBD |
| 1:2002-cv-07209-GBD | Schneider, et al v. Al Qaeda Islamic, et al | 9/10/2002 | | GBD |
| 1:2002-cv-07214-GBD | Mayore Estates, et al v. Al Qaeda Islamic, et al | 9/10/2002 | | GBD |
| 1:2002-cv-07230-GBD | Burlingame, et al v. Laden, et al | 9/10/2002 | | GBD |
| 1:2002-cv-07236-GBD | Bauer, et al v. Al Qaeda Islamic | 9/10/2002 | | GBD |
| 1:2003-cv-08591-GBD | Vigilant Insurance, et al v. Kingdom of Saudi, et al | 10/30/2003 | | GBD |
| 1:2003-cv-09592-GBD | In re AMERICAN EXPRESS MERCHANTS= LITIGATION | 12/3/2003 | | GBD |
| 1:2004-cv-05432-GBD-RLE | The Marcus Corporation v. American Express Company et al | 7/13/2004 | | GBD |
| 1:2004-cv-10318-GBD | National Supermarket Association Inc. et al v. MBNA America Bank, N.A. et al | 12/30/2004 | | GBD |
| 1:2008-cv-03439-GBD-JLC | McNair et al v. Kelly et al | 4/8/2008 | | GBD |
| 1:2009-cv-01566-GBD | Greenporter L.L.C. et al v. American Express Company et al | 2/19/2009 | | GBD |
| 1:2009-cv-08905-GBD | Gonzalez et al v. Otis Elevator Company | 10/21/2009 | | GBD |
| 1:2010-cv-08018-GBD -KNF | Watson v. The City of New York et al | 10/19/2010 | | GBD |
| 1:2010-cv-08089-GBD-DCF | Duncan v. People of the State of New York et al | 10/25/2010 | | GBD |
| 2:2004-cv-01159-GBD-RLE | Sanchez v. Pathmark Stores, Inc. | 2/12/2004 | | GBD |