UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 0 2013

| | |
|---|---|
| In re AMERICAN EXPRESS MERCHANTS' LITIGATION<br><br>This Document Relates to:<br><br>*Italian Colors Restaurant, et al., v. American Express Company, et al.*, 03 Civ. 09592;<br>*Cohen Reese Gallery, Inc., et al. v. American Express Co., et al.*, 03 Civ. 10271;<br>*DRF Jewelers Corp. v. American Express Co., et al.*, 03 Civ. 09517;<br>*Chez Noelle Restaurant v. American Express Co., et al.*, 04 Civ. 00266;<br>*Mascari Enterprises d/b/a Sound Stations v. American Express Co., et al.*, 04 Civ. 00366;<br>*Mims Enterprises, Inc., d/b/a Mims Restaurant v. American Express Co., et al.*, 04 Civ. 01558; and<br>*Greenporter LLC et al. v. American Express Co., et al.*, 09 Civ. 01566 | STIPULATION OF DISMISSAL<br><br>Master File No.<br>03 Civ. 09592 (GBD)<br><br>(ECF Case) |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties in each of the above-captioned actions ("Actions") that, effective upon the receipt by the United States Court of Appeals for the Second Circuit of the opinion and certified copy of the judgment of the United States Supreme Court in American Express Company, et al. v. Italian Colors Restaurant et al., No. 12-133 and the filing of this Stipulation of Dismissal, the Actions and each of the complaints filed therein are dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED that within seven (7) days of the filing of the issuance of the mandate by the United States Court of Appeals for the Second Circuit in In re American Express Merchants' Litigation, No. 06-1871-cv, the Defendants shall file this

1

Stipulation of Dismissal in the Actions.

FRIEDMAN LAW GROUP

By _____
Gary B. Friedman
Tracey L. Kitzman

270 Lafayette Street, 14th Floor
New York, NY 10012
(212) 680-5150

Christopher William Hellmich
Read M. McCaffrey
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000

Mark Reinhardt
Reinhardt, Wendorf & Blanchfield
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 287-2100

*Attorneys for Plaintiffs*

CRAVATH, SWAINE & MOORE LLP

By _____
Evan R. Chesler
Kevin J. Orsini
Members of the Firm

825 Eighth Avenue
New York, NY 10019
(212) 474-1000
echesler@cravath.com
korsini@cravath.com

*Attorneys for Defendants*

SO ORDERED:

_____
George B. Daniels, U.S.D.J.

Dated:

AUG ? 2013